CITY OF HARTFORD *v.* PUBLIC UTILITIES COMMISSION ET AL.

The motion by the named defendant to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.

*Frederick D. Neusner,* assistant attorney general, and *Robert K. Killian,* attorney general, for the appellee (named defendant).

*Edmund W. O'Brien* and *Palmer S. McGee, Jr.,* for the appellee (defendant Hartford Electric Light Company).

*Peter G. Boucher,* assistant corporation counsel, for the appellant (plaintiff).